_AO91 (Rev. 8/01) Criminal Complaint

# United States District Court

**SOUTHERN**      DISTRICT OF      **TEXAS**

United States Magistrate Court
DSC-SDTX
FILED
SEP 24 2012
David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.
Jose Angel Alvarado
Laredo, Texas
United States

**CRIMINAL COMPLAINT**

Case Number: L-12-mj1193

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 20, 2012** (Date) in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas**, **Jose Angel Alvarado** defendant(s),

| a United States Citizen, did unlawfully transport three (3) undocumented aliens within the Southern District of Texas knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law; |

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

based on statements of the accused and records of the Department of Homeland Security.

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

/s/
Signature of Complainant

**Jose Caballero**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**September 24, 2012**      at      **Laredo, Texas**
Date                                        City and State

**Diana Song Quiroga**
U.S. Magistrate Judge
Name and Title of Judicial Officer

Diana Song Quiroga
Signature of Judicial Officer

United States of America                                                                                         Page 2

vs

Jose Angel Alvarado

**[CONT OF BASIS OF COMPLAINT]**

On September 20, 2012, BPA was assigned Transportation Bus Check near Zone 18 in Laredo, Texas. At approximately 8:30 p.m., while assisting line agents near the Gravel Pit area, BPA observed from a distance a group of three subjects that were running away from the Rio Grande River area on Eagle Pass Street. At the same time, a blue over gray Ford Expedition approached the location of the three subjects from Zaragoza Street. The vehicle came to a stop at the intersection of Eagle Pass Street and Water Street and the three subjects immediately loaded the vehicle. BPA then proceeded to follow the vehicle at a safe distance while backup units arrived. When we reached the intersection of Farragut and Santa Maria, a marked Border Patrol unit provided back up and BPA attempted to conduct a vehicle stop on the Ford Expedition. When BPA activated his emergency lights, the vehicle turned north on Juarez Street, then came to an abrupt stop at the intersection of Juarez Street and Matamoros Street. Immediately, four subjects exited the vehicle and ran west on Houston Street. BPA was able to provide a positive description and direction of travel of all the occupants to nearby Border Patrol Units, while safely securing the vehicle. BPA was able to apprehend three of the subjects at the 1500 block of Houston Street. BPA with the assistance of Laredo Police Department, was able to apprehend one more subject at the intersection of Santa Maria Street and Victoria Street.

BPA was able to positively identify the subject apprehended at the intersection of Santa Maria Street and Victoria Street as the driver of the Ford Expedition. ALVARADO was observed running north on Santa Maria after separating from the group of three at the intersection of Santa Maria and Houston Street. BPA gave foot chase to ALVARADO for approximately a block. At the intersection of Santa Maria and Victoria, ALVARADO fell on his own in the middle of the street. BPA attempted to place ALVARADO under arrest when ALVARADO struck him with his right hand in the chest to avoid apprehension. BPA struck ALVARADO in the leg utilizing his service issue collapsible baton. ALVARADO managed to get on his feet and acquired a fighting stance. BPA proceeded to use the Oleoresin Capsicum (OC Spray) on ALVARADO and ordered him to get back on the ground. ALVARADO ignored all commands after being sprayed and ran across the street. BPA was able to catch up to ALVARADO and with the help of Laredo Police Officer was able to place ALVARADO under arrest.

Material Witness MORAN was able to positive identify the driver once inside the Laredo South Border Patrol Station, MORAN pointed across the room where ALVARADO was sitting.